IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>BORA BORA, INC.<br><br>      Debtor | Case No. 09-03693(ESL)<br><br>Chapter 11 |

**NOTICE OF UNAVAILABILITY**

TO THE HONORABLE ENRIQUE S. LAMOUTTE,
U.S. BANKRUPTCY JUDGE:

Sonia Colón, Esquire, counsel for DDR Norte LLC, S.E. and DDR de Sol LLC, S.E., files this Notice of Unavailability for the period of October 16, 2009 through and including October 26, 2009.

The undersigned will be on vacation away from the jurisdiction during that time period and requests that no hearings, depositions, motions, notices to produce, interrogatories, or any other pleadings be filed which require a timely response during this time period: and that all pending matters be abated during this period of time.

The filing and service of this Notice shall constitute an application and request for continuance, extension of time, and/or for a protective order as may be appropriately required for the foregoing reasons.

WHEREFORE, the undersigned respectfully requests that this Honorable Court take notice of what is informed herein.

Respectfully submitted.

In Orlando, Florida, this 12 day of October, 2009.

## CERTIFICATE OF SERVICE

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants, including Debtor's attorney, Carmen D. Conde-Torres, C. Conde & Associates, San José Street #254, 5th Floor, San Juan, P.R. 00901-1253.

*/s/ Sonia E. Colón*
**SONIA E. COLÓN**
USDC-PR 213809
SONIA COLÓN LAW OFFICES, P.A.
Counsel for DDR Norte LLC, S.E.
  and DDR de Sol LLC, S.E.
P.O. Box 621597
Orlando, FL  32862-1597
Tel. (407) 574-8272
Facsimile: (888) 537-4536
Email: sonia@soniacolonlaw.com