# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>BORA BORA, INC.<br>aka PUERTO ESCONDIDO; aka BORA BORA; aka DROP OUT; aka THE METHOD<br><br>Debtor | CASE NO. 09-03693 (ESL)<br><br>CHAPTER 11 |

**MOTION TO IDENTIFY STATUS OF COURT'S DETERMINATION OF WHETHER TO EXTEND AUTOMATIC STAY TO DEBTOR'S PRESIDENT OSCAR JUELLE**

**TO THE HONORABLE COURT:**

COMES NOW, Bora Bora Inc. as Debtor and Debtor in Possession for the above-captioned case (hereinafter referred to as Debtor), and through the undersigned attorneys and STATES and PRAYS:

1. On May 6, 2009 Debtor submitted its petition under Chapter 11 of the Bankruptcy Code and since then has been meeting its obligations as Debtor in Possession.

2. On June 10, 2009 Debtor submitted a motion for this Court to extend the protections of the automatic stay to its President, Oscar Juelle, and stay a suit against its president brought by one of Debtor's creditors, Quiksilver. (Dkt. No. 33).

3. Debtor is in the final stages of completing its Disclosure Statement and pressing forward to reorganize itself and, in order to complete this final steps, needs to determine the status of its motion to extend the stay.

4. Since Debtor submitted its motion to extend the stay on June 10, 2009, Dkt. No. 33, the following docket entries have concerned the issue:

    • Court Order Granting Motion as Unopposed (Dkt. No. 76)(June 30, 2009)

    • Court Order Granting Quiksilver an opportunity to Oppose and Vacating

- Order Granting Motion (Dkt. No. 77)(June 30, 2009).
- Quiksilver's Opposition to Motion (Dkt. No. 80)(July 1, 2009).
- Debtor's Motion for Leave to File a Reply to Opposition (Dkt. No. 87).
- Debtor's Reply to Quiksilver's Opposition (Dkt. No. 88)(July 8, 2009).
- Debtor's First Supplement to Motion to Extend the Automatic Stay (Dkt. No. 106)(August 10, 2009)
- Quksilver's Response to Supplement (Dkt. No. 112)(August 14, 2009)
- Debtor's Reply to Quiksilver's Response (Dkt. No. 119) (August 17, 2009)
- Debtor's Second Supplement to Motion to Extend Automatic Stay (Dkt. No. 143)(August 28, 2009)

5. Further, this Court discussed the issue of extending the stay during its Status Conference of August 10, 2009 and stated that a decision on the matter would be forthcoming (Dkt. No. 109).

6. In order for Debtor to identify how best to reorganize itself, it respectfully requests this Court to inform it of the status of the Court's determination of this issue.

WHEREFORE, the Debtor respectfully requests this Court to inform it of the status regarding the Court's determination of the issue of whether to extend the Automatic Stay to its president, Oscar Juelle, in order for the Debtor to determine how best to finalize its Disclosure Statement and Plan of Reorganization.

**Respectfully Submitted**,

In San Juan, Puerto Rico, this 13th day of October, 2009.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties appearing

in said system, as listed below, including the U.S. Trustee, counsel for the Unsecured Creditors' Committee and counsel for Quiksilver.

**C. CONDE & ASSOC.**
*S/ Carmen Conde Torres*
Carmen Conde Torres, Esq.
USDC 207312
254 San José Street, 5th Floor
Old San Juan, Puerto Rico 00901
Telephone: 787-729-2900
Facsimile: 787-729-2203
E-Mail: *condecarmen@microjuris.com*

ANTONIO A ARIAS LARCADA    aaa@mcvpr.com, mb@mcvpr.com
YANIRE BATISTA ORAMA    ybo@cmtplaw.com
IVAN M CASTRO ORTIZ    icastro@alblegal.net
SONIA COLON COLON    soniaecolon@gmail.com
RAMON COTO OJEDA    rco@cmtplaw.com, wmm@cmtplaw.com;ybo@cmtplaw.com
NAYELI DIAZ FEBLES    bankruptcyjusticia.gobierno.pr@gmail.com
ELDIA M DIAZ OLMO    diazolmo@villamil.net
JORGE A FERNANDEZ-REBOREDO    jfernandez@rfrpsc.com
CARMEN PRISCILLA FIGUEROA-BELL    cfigueroa@crimpr.net, adavila@crimpr.net
ALEXIS FUENTES HERNANDEZ    alex@fuentes-law.com, afuentes1@msn.com
LAWRENCE J HILTON    lhilton@hewittoneil.com, pgarnica@hewittoneil.com
MONSITA LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
JOSE L LUGO MERCADO    jlugo@rfrpsc.com
LUIS C. MARINI BIAGGI    luis.marini@oneillborges.com, docket_clerk@oneillborges.com;rebeca.rodriguez@oneillborges.com
PATRICK D. O'NEILL    pdo@go-law.com
STATE INSURANCE FUND CORPORATION    Alejandro.Suarez@cfse.gov.pr
ALEJANDRO A SUAREZ CABRERA    Alejandro.Suarez@cfse.gov.pr, aasuarezcabrera@yahoo.com
RAMON TORRES RODRIGUEZ    rtorreslaw@prtc.net, secrtlaw@torresrodlaw.com
US TRUSTEE    ustpregion21.hr.ecf@usdoj.gov
FERNANDO J VALDERRABANO    fvalderrabano@mocpr.com
YASMIN ROCIO VAZQUEZ VAZQUEZ    quiebras@bppr.com, yavazquez@bppr.com
MYRA MITZEL VELEZ PLUMEY    myra_velez@hotmail.com, myra.velez@gmail.com