# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>BORA BORA, INC.<br>aka PUERTO ESCONDIDO; aka BORA BORA; aka DROP OUT; aka THE METHOD<br><br>Debtor | CASE NO. 09-03693 (ESL)<br><br>CHAPTER 11 |

**DEBTOR'S MOTION FOR LEAVE TO SUBMIT A REPLY TO QUIKSILVER'S RESPONSE TO DEBTOR'S MOTION TO IDENTIFY THE STATUS OF THE PENDING MOTION TO EXTEND THE AUTOMATIC STAY TO ITS PRESIDENT**

**TO THE HONORABLE COURT:**

COMES NOW, Bora Bora Inc. as Debtor and Debtor in Possession for the above-captioned case (hereinafter referred to as Debtor), and through the undersigned attorneys and STATES and PRAYS:

1. On October 13, 2009 Debtor submitted a motion to learn the status of a possible decision regarding the matter of extending the Automatic Stay to its President, Oscar Juelle. (Dkt. No. 162).

2. Quiksilver submitted a response that was filled with new information that was both erroneous and was obtained from a draft of a confidential document that was shared with counsel for the Creditors' Committee. (*See* Dkt. No. 167).

3. In order to respond to Quiksilver's new information, Debtor respectfully requests the leave of this Court to submit a Reply to Quiksilver's Response.

WHEREFORE, Debtor respectfully requests the leave of this Court to submit a Reply to Quiksilver's Response to Debtor's Motion (Dkt. No. 162).

**Respectfully Submitted**,

In San Juan, Puerto Rico, this 28th day of October, 2009.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties appearing in said system, as listed below, including the U.S. Trustee, counsel for Quiksilver, and counsel for the Unsecured Creditors' Committee.

                          **C. CONDE & ASSOC.**
                          *S/ Carmen Conde Torres*
                          Carmen Conde Torres, Esq.
                          USDC 207312
                          254 San José Street, 5th Floor
                          Old San Juan, Puerto Rico  00901
                          Telephone:  787-729-2900
                          Facsimile:  787-729-2203
                          E-Mail: *condecarmen@microjuris.com*

ANTONIO A ARIAS LARCADA     aaa@mcvpr.com, mb@mcvpr.com
YANIRE BATISTA ORAMA     ybo@cmtplaw.com
IVAN M CASTRO ORTIZ     icastro@alblegal.net
SONIA COLON COLON     soniaecolon@gmail.com
RAMON COTO OJEDA     rco@cmtplaw.com, wmm@cmtplaw.com;ybo@cmtplaw.com
NAYELI DIAZ FEBLES     bankruptcyjusticia.gobierno.pr@gmail.com
ELDIA M DIAZ OLMO     diazolmo@villamil.net
JORGE A FERNANDEZ-REBOREDO     jfernandez@rfrpsc.com
CARMEN PRISCILLA FIGUEROA-BELL     cfigueroa@crimpr.net, adavila@crimpr.net
ALEXIS FUENTES HERNANDEZ     alex@fuentes-law.com, afuentes1@msn.com
LAWRENCE J HILTON     lhilton@hewittoneil.com, pgarnica@hewittoneil.com
MONSITA LECAROZ ARRIBAS     ustpregion21.hr.ecf@usdoj.gov
JOSE L LUGO MERCADO     jlugo@rfrpsc.com
LUIS C. MARINI BIAGGI luis.marini@oneillborges.com, docket_clerk@oneillborges.com;rebeca.rodriguez@oneillborges.com
PATRICK D. O'NEILL     pdo@go-law.com
STATE INSURANCE FUND CORPORATION     Alejandro.Suarez@cfse.gov.pr
ALEJANDRO A SUAREZ CABRERA     Alejandro.Suarez@cfse.gov.pr, aasuarezcabrera@yahoo.com
RAMON TORRES RODRIGUEZ     rtorreslaw@prtc.net, secrtlaw@torresrodlaw.com
US TRUSTEE     ustpregion21.hr.ecf@usdoj.gov
FERNANDO J VALDERRABANO     fvalderrabano@mocpr.com
YASMIN ROCIO VAZQUEZ VAZQUEZ     quiebras@bppr.com, yavazquez@bppr.com
MYRA MITZEL VELEZ PLUMEY     myra_velez@hotmail.com, myra.velez@gmail.com

3.

3.