## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>BORA BORA, INC.<br>aka PUERTO ESCONDIDO; aka BORA BORA; aka DROP OUT; aka THE METHOD<br><br>Debtor | CASE NO. 09-03693 (ESL)<br><br>CHAPTER 11 |

### DEBTOR'S NOTICE TO THE COURT THAT IT WILL BE SUBMITTING A RESPONSE TO QUIKSILVER'S OBJECTION TO THE DISCLOSURE STATEMENT

**TO THE HONORABLE COURT:**

COMES NOW, Bora Bora Inc. as Debtor and Debtor in Possession for the above-captioned case (hereinafter referred to as Debtor), and through the undersigned attorneys and STATES and PRAYS:

1. On November 3, 2009 the Debtor submitted its Disclosure Statement and Draft Plan of Reorganization. (Dkt. No. 173).

2. On November 24, 2009, Quiksilver submitted its objection to the Debtor's Disclosure Statement. (Dkt. No. 187).

3. Debtor shall be submitting a response to Quiksilver's objection, however, Debtor must first evaluate its position regarding the assumption of unexpired leases under the Plan.

4. The Debtor shall be examining its position with respect to the leases during the course of the next week and intends to respond to Quiksilver's objection shortly thereafter.

5. Accordingly, the Debtor hereby notifies this Court that it shall be responding to Quiksilver's objection and therefore requests that no action be taken on Quiksilver's objection until the Debtor has the opportunity to respond in a timely manner.

WHEREFORE, the Debtor hereby notifies the Court that it shall be responding to Quiksilver's Objection to the Disclosure Statement but shall defer such response until after it has the opportunity to review its position regarding the assumption of unexpired leases.

**Respectfully Submitted**,

In San Juan, Puerto Rico, this 25th day of November, 2009.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties appearing in said system, as listed below, including the U.S. Trustee and counsel for Quiksilver.

                                   **C. CONDE & ASSOC.**
                                   *S/ Carmen Conde Torres*
                                   Carmen Conde Torres, Esq.
                                   USDC 207312
                                   254 San José Street, 5th Floor
                                   Old San Juan, Puerto Rico 00901
                                   Telephone: 787-729-2900
                                   Facsimile: 787-729-2203
                                   E-Mail: *condecarmen@microjuris.com*

ANTONIO A ARIAS LARCADA     aaa@mcvpr.com, mb@mcvpr.com
YANIRE BATISTA ORAMA     ybo@cmtplaw.com
IVAN M CASTRO ORTIZ     icastro@alblegal.net
SONIA COLON COLON     soniaecolon@gmail.com
RAMON COTO OJEDA     rco@cmtplaw.com, wmm@cmtplaw.com;ybo@cmtplaw.com
NAYELI DIAZ FEBLES     bankruptcyjusticia.gobierno.pr@gmail.com
ELDIA M DIAZ OLMO     diazolmo@villamil.net
JORGE A FERNANDEZ-REBOREDO     jfernandez@rfrpsc.com
CARMEN PRISCILLA FIGUEROA-BELL     cfigueroa@crimpr.net, adavila@crimpr.net
ALEXIS FUENTES HERNANDEZ     alex@fuentes-law.com, afuentes1@msn.com
LAWRENCE J HILTON     lhilton@hewittoneil.com, pgarnica@hewittoneil.com
MONSITA LECAROZ ARRIBAS     ustpregion21.hr.ecf@usdoj.gov
JOSE L LUGO MERCADO     jlugo@rfrpsc.com
LUIS C. MARINI BIAGGI     luis.marini@oneillborges.com, docket_clerk@oneillborges.com;rebeca.rodriguez@oneillborges.com
PATRICK D. O'NEILL     pdo@go-law.com
STATE INSURANCE FUND CORPORATION     Alejandro.Suarez@cfse.gov.pr
ALEJANDRO A SUAREZ CABRERA     Alejandro.Suarez@cfse.gov.pr, aasuarezcabrera@yahoo.com

RAMON TORRES RODRIGUEZ     rtorreslaw@prtc.net, secrtlaw@torresrodlaw.com
US TRUSTEE     ustpregion21.hr.ecf@usdoj.gov
FERNANDO J VALDERRABANO     fvalderrabano@mocpr.com
YASMIN ROCIO VAZQUEZ VAZQUEZ     quiebras@bppr.com, yavazquez@bppr.com
MYRA MITZEL VELEZ PLUMEY     myra_velez@hotmail.com, myra.velez@gmail.com