IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 09-03693 ESL

BORA BORA INC

Chapter 11

XXX-XX5670

FILED & ENTERED ON 12/04/2009

Debtor(s)

## O R D E R

The application for allowance of compensation filed by RSM ROC & COMPANY in the amount of $37,844.00 (docket #163), having been duly notified to all parties in interest, and no timely replies or objections having been filed, it is now

ORDERED that said motion be and is hereby granted.

San Juan, Puerto Rico, this 04 day of December, 2009.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: DEBTOR
    CARMEN D CONDE TORRES
    US TRUSTEE
    RSM ROC & COMPANY
    FINANCE DEPT.