# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO. 09-03693 (ESL) |
|---|---|
| BORA BORA, INC.<br>aka PUERTO ESCONDIDO; aka BORA BORA; aka DROP OUT; aka THE METHOD | CHAPTER 11 |
| Debtor | |

## MOTION REQUESTING THE RESCHEDULING OF THE DATE OF THE HEARING TO DETERMINE THE ADEQUACY OF DEBTOR'S DISCLOSURE STATEMENT TO FEBRUARY 2, 2010

**TO THE HONORABLE COURT:**

COMES NOW, Bora Bora Inc. as Debtor and Debtor in Possession for the above-captioned case (hereinafter referred to as Debtor), and through the undersigned attorneys and STATES and PRAYS:

1. On November 3, 2009 Debtor submitted its Disclosure statement and Plan of Reorganization. (Dkt. Nos. 173 - 74).

2. This Court scheduled a hearing regarding the adequacy of the Disclosure Statement for March 2, 2009.

4. Debtor believes it is in the interests of the estate and the creditors to have a hearing at an earlier date regarding the adequacy of the Disclosure Statement.

5. Accordingly, the Debtor respectfully requests for this Court to schedule the hearing at a date prior to March 2, 2010. Debtor has available the date of February 2, 2010 at 2:00 pm.

6. Debtor respectfully contends that a change from March 2, 2010 to February 2, 2010 will help advance the progress of Debtor's Bankruptcy to the benefit of all parties and yet still provides sufficient time to all parties to prepare for the hearing.

7. Accordingly, Debtor respectfully requests this Court to reschedule the hearing from March 2, 2010 to the date of February 2, 2010.

WHEREFORE, the Debtor respectfully requests this Court to reschedule the hearing regarding the adequacy of Debtor's disclosure statement to February 2, 2010 at 2:00 pm.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico this 17th Day of December 2009.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing through the CM/ECF system, which will send notification of such filing to the U.S. Trustee, counsel for Quiksilver, counsel for the Creditors' Committee and to all other parties therein registered to receive Notice as listed below.

        **C. CONDE & ASSOC.**
        *S/ Carmen Conde Torres*
        Carmen Conde Torres, Esq.
        USDC 207312
        254 San José Street, 5th Floor
        Old San Juan, Puerto Rico 00901
        Telephone: 787-729-2900
        Facsimile: 787-729-2203
        E-Mail: *condecarmen@microjuris.com*

ANTONIO A ARIAS LARCADA    aaa@mcvpr.com, mb@mcvpr.com
YANIRE BATISTA ORAMA    ybo@cmtplaw.com
IVAN M CASTRO ORTIZ    icastro@alblegal.net
SONIA COLON COLON    soniaecolon@gmail.com
RAMON COTO OJEDA    rco@cmtplaw.com, wmm@cmtplaw.com;ybo@cmtplaw.com
NAYELI DIAZ FEBLES    bankruptcyjusticia.gobierno.pr@gmail.com
ELDIA M DIAZ OLMO    diazolmo@villamil.net
JORGE A FERNANDEZ-REBOREDO    jfernandez@rfrpsc.com
CARMEN PRISCILLA FIGUEROA-BELL    cfigueroa@crimpr.net, adavila@crimpr.net
ALEXIS FUENTES HERNANDEZ    alex@fuentes-law.com, afuentes1@msn.com
LAWRENCE J HILTON    lhilton@hewittoneil.com, pgarnica@hewittoneil.com
MONSITA LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
JOSE L LUGO MERCADO    jlugo@rfrpsc.com
LUIS C. MARINI BIAGGI    luis.marini@oneillborges.com, docket_clerk@oneillborges.com;rebeca.rodriguez@oneillborges.com

PATRICK D. O'NEILL     pdo@go-law.com
STATE INSURANCE FUND CORPORATION     Alejandro.Suarez@cfse.gov.pr
ALEJANDRO A SUAREZ CABRERA     Alejandro.Suarez@cfse.gov.pr, aasuarezcabrera@yahoo.com
RAMON TORRES RODRIGUEZ     rtorreslaw@prtc.net, secrtlaw@torresrodlaw.com
US TRUSTEE     ustpregion21.hr.ecf@usdoj.gov
FERNANDO J VALDERRABANO     fvalderrabano@mocpr.com
LUISA S VALLE CASTRO     notices@condelaw.com
YASMIN ROCIO VAZQUEZ VAZQUEZ     quiebras@bppr.com, yavazquez@bppr.com
MYRA MITZEL VELEZ PLUMEY     myra_velez@hotmail.com, myra.velez@gmail.com