**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 09-03693 (ESL) |
| BORA BORA INC., aka PUERTO ESCONDIDO; aka BORA BORA; aka DROP OUT; aka THE METHOD, | CHAPTER 11 |
| Debtor. | |

**NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST**

TO THE HONORABLE COURT:

**PLEASE TAKE NOTICE**, that on December 21, 2009, the attorney for the Unsecured Creditors Committee filed an application for compensation in this case in the total amount of $28,249.92. This document is available at the Clerk of the Bankruptcy Court for your review.

If no objections are filed within the next 20 days, from the day of this notice pursuant to FRBP 2002(a)(7), this application may be allowed without further notice of hearing.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to: **Carmen D. Conde Torres, condecarmen@microjuris.com; Eldia M. Díaz Olmo, diazolmo@villamil.net; Monsita Lecaroz Arribas, ustpregion21.hr.ecf@usdoj.gov; Ramón Torres Rodríguez,**

**rtorreslaw@prtc.net**, **secrtlaw@prtc.net**, **Carmen Priscilla Figueroa-Bell; efigueroa@crimpr.net; Sonia Colón Colón, soniaecolon@gmail.com; Myra Mitzel Vélez Plumey, myra_velez@hotmail.com; Yasmin Rocio Vázquez Vázquez, quiebras@bppr.com; Antonio A. Arias Larcada, aaa@mcvpr.com; Lawrence J. Hilton, lhilton@hewittoneil.com; Catherine M. Martin, cmartin@simon.com; Nayeli Diaz Febles, bankruptcyjusticia.gobiernopr@gmail.com; Alexis Fuentes Hernández, alex@fuentes-law.com; Fernando J. Valderrabano, fvalderrabano@mocpr.com; Patrick D. O'Neill, pdo@go-law.com; Luis C. Marini Biaggi, luis.marini@oneillborges.com, Jorge A Fernandez-Reboredo, jfernandez@rfrpsc.com; State Insurance Fund Corporation; alejandro.Suarez@cfse.gov.pr; Luisa S. Valle Castro, notices@condelaw.com**; and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: **Eric C. Cotton, Esq.** Developers Diversified Realty Corporation, 3300 Enterprise Parkway, P O Box 228042, Beachwood, OH 44122.

**RESPECTFULLY SUBMITTED.**

In San Juan Puerto Rico, on December 22, 2009.

By: s/**Ramón Coto Ojeda**
Ramón Coto-Ojeda
USDC-PR No. 202006
s/**Yaniré Batista Orama**
Yaniré Batista Orama
USDC-PR No. 222510
Attorneys for the Unsecured
Creditors Committee
Coto Malley & Tamargo, LLP
MCS Plaza, Suite 227
255 Ponce de León Avenue
Hato Rey, Puerto Rico  00918
P O Box 71449
San Juan, P. R. 00936-8549
Tel: (787) 756-9640
Fax. (787) 756-9641
e-mail rco@cmtplaw.com
e-mail ybo@cmtplaw.com