# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>BORA BORA, INC.<br>aka PUERTO ESCONDIDO; aka BORA BORA; aka DROP OUT; aka THE METHOD<br><br>Debtor | CASE NO. 09-03693 (ESL)<br><br>CHAPTER 11 |

### DEBTOR'S MOTION TO PUBLISH ITS PLAN OF REORGANIZATION VIA THE INTERNET AND BY MAKING A PAPER COPY AVAILABLE AT THE OFFICE OF THE CLERK OF THE COURT

**TO THE HONORABLE COURT:**

COMES NOW, Bora Bora Inc. as Debtor and Debtor in Possession for the above-captioned case (hereinafter referred to as Debtor), and through the undersigned attorneys and STATES and PRAYS:

1. On March 3, 2010 this Court issued an Order approving Debtor's Disclosure Statement. (Dkt. No. 268).

2. This Court also scheduled the hearing to determine whether to confirm Debtor's Plan of Reorganization for June 7, 2010 at 9:30 AM.

3. Bankruptcy Rule of Procedure 2002(l) grants this Court the power to allow publication of the Disclosure Statement and Plan of Reorganization via alternate means. Due to the expense of mailing a complete paper copy of the Plan of Reorganization to all parties in interest, and due to the limited resources of the estate, the Debtor requests that it be able to alert all appropriate parties that the Plan of Reorganization is available for review via the internet on the website of Debtor's counsel and available at the Clerk of the Court's Office.

4. The proposed internet address to publish the Plan of Reorganization shall be:

www.condelaw.com/documents.htm.

WHEREFORE, the Debtor respectfully requests the leave of this Court to publish its Plan of Reorganization via the internet through its counsel's web site and via a paper copy available at the Clerk of the Court's office.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico this 17th Day of March 2010.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing through the CM/ECF system, which will send notification of such filing to the U.S. Trustee, counsel for Quiksilver, counsel for the Creditors' Committee and to all other parties therein registered to receive Notice as listed below.

                              **C. CONDE & ASSOC.**
                              *S/ Carmen Conde Torres*
                              Carmen Conde Torres, Esq.
                              USDC 207312
                              254 San José Street, 5th Floor
                              Old San Juan, Puerto Rico 00901
                              Telephone: 787-729-2900
                              Facsimile: 787-729-2203
                              E-Mail: *condecarmen@microjuris.com*

ANTONIO A ARIAS LARCADA     aaa@mcvpr.com, mb@mcvpr.com
YANIRE BATISTA ORAMA     ybo@cmtplaw.com
IVAN M CASTRO ORTIZ     icastro@alblegal.net
SONIA COLON COLON     soniaecolon@gmail.com
CARMEN D CONDE TORRES     notices@condelaw.com
RAMON COTO OJEDA     rco@cmtplaw.com, wmm@cmtplaw.com;ybo@cmtplaw.com
WALLY DE LA ROSA VIDAL     wdelarosa@cfse.gov.pr
NAYELI DIAZ FEBLES     bankruptcyjusticia.gobierno.pr@gmail.com
ELDIA M DIAZ OLMO     diazolmo@villamil.net
JORGE A FERNANDEZ-REBOREDO     jfernandez@rfrpsc.com, mail@rfrpsc.com
CARMEN PRISCILLA FIGUEROA-BELL     cfigueroa@crimpr.net, adavila@crimpr.net
ALEXIS FUENTES HERNANDEZ     alex@fuentes-law.com, afuentes1@msn.com

LAWRENCE J HILTON     lhilton@hewittoneil.com, pgarnica@hewittoneil.com
MONSITA LECAROZ ARRIBAS     ustpregion21.hr.ecf@usdoj.gov
JOSE L LUGO MERCADO     jlugo@rfrpsc.com
LUIS C. MARINI BIAGGI     luis.marini@oneillborges.com, docket_clerk@oneillborges.com;rebeca.rodriguez@oneillborges.com
PATRICK D. O'NEILL     pdo@go-law.com
STATE INSURANCE FUND CORPORATION     Alejandro.Suarez@cfse.gov.pr
ALEJANDRO A SUAREZ CABRERA     Alejandro.Suarez@cfse.gov.pr, aasuarezcabrera@yahoo.com
RAMON TORRES RODRIGUEZ     rtorreslaw@prtc.net, secrtlaw@torresrodlaw.com
US TRUSTEE     ustpregion21.hr.ecf@usdoj.gov
FERNANDO J VALDERRABANO     fvalderrabano@mocpr.com
LUISA S VALLE CASTRO     notices@condelaw.com
YASMIN ROCIO VAZQUEZ VAZQUEZ     quiebras@bppr.com, yavazquez@bppr.com
MYRA MITZEL VELEZ PLUMEY     myra_velez@hotmail.com, myra.velez@gmail.com