**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN THE MATTER OF:**<br><br>**BORA BORA, INC.**<br>aka PUERTO ESCONDIDO; aka BORA BORA; aka DROP OUT; aka THE METHOD<br><br>**Debtor** | **CASE NO. 09-03693 (ESL)**<br><br>**CHAPTER 11** |

**DEBTOR'S OBJECTION TO DIANA UMPIERRE'S CLAIM (CLAIM NO. 18)**

**TO THE HONORABLE COURT:**

COMES NOW, Bora Bora Inc. as Debtor and Debtor in Possession for the above-captioned case (hereinafter referred to as Debtor), and through the undersigned attorneys and STATES and PRAYS:

1. This Court after a hearing on March 2, 2010 approved Debtor's Disclosure Statement. (*See* Order of March 5, 2010, *approving* Debtor's Disclosure Statement).

2. This Court scheduled a hearing on whether to confirm the Plan of Reorganization for June 7, 2010 at 9:30 am.

3. Pursuant to Debtor's approved Disclosure Statement, the Debtor has until 30 days after the Confirmation of the Plan to object to proofs of claim.

4. The Debtor hereby objects to Diana Umpierre's claim because of its failure to contain a supporting document which evinces an obligation from the Debtor to the Claimant in accordance with Federal Bankruptcy Rules of Procedure (*See* Bankr.R.Pro. 3001 *et seq.*).

5. The documents attached to Ms. Umpierre's claim do not show an obligation from Debtor to Ms. Umpierre.

6. On the contrary, Debtor has documents demonstrating that Ms. Umpierre and her former

spouse have an obligation to the Debtor.

6. Accordingly, the Debtor objects to Ms. Umpierre's claim and requests that her claim, Claim No. 18, be denied.

WHEREFORE, the Debtor respectfully requests that Ms. Umpierre's claim against the Debtor, Claim No. 18, be denied.

## NOTICE TO CLAIMANT PURSUANT TO LOCAL RULE 3007-1

Within thirty (30) days after service is evidenced by the certification, and an additional three (3) days pursuant to Fed.R.Bankr.P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise. If you file a timely response, the court may – in its discretion – schedule a hearing.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico this 21st Day of May 2010.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing through the CM/ECF system, which will send notification of such filing to the U.S. Trustee, counsel for Ms. Umpierre, and to all other parties therein registered to receive Notice as listed below.

**C. CONDE & ASSOC.**
*S/ Carmen Conde Torres*
Carmen Conde Torres, Esq.
USDC 207312
254 San José Street, 5th Floor

Old San Juan, Puerto Rico  00901
Telephone:  787-729-2900
Facsimile:  787-729-2203
E-Mail:  *condecarmen@microjuris.com*

ANTONIO A ARIAS LARCADA     aaa@mcvpr.com, mb@mcvpr.com
YANIRE BATISTA ORAMA     ybo@cmtplaw.com
IVAN M CASTRO ORTIZ     icastro@alblegal.net
SONIA COLON COLON     soniaecolon@gmail.com
CARMEN D CONDE TORRES     notices@condelaw.com
RAMON COTO OJEDA     rco@cmtplaw.com, wmm@cmtplaw.com;ybo@cmtplaw.com
WALLY DE LA ROSA VIDAL     wdelarosa@cfse.gov.pr
NAYELI DIAZ FEBLES     bankruptcyjusticia.gobierno.pr@gmail.com
ELDIA M DIAZ OLMO     diazolmo@villamil.net
JORGE A FERNANDEZ-REBOREDO     jfernandez@rfrpsc.com, mail@rfrpsc.com
CARMEN PRISCILLA FIGUEROA-BELL     cfigueroa@crimpr.net, adavila@crimpr.net
ALEXIS FUENTES HERNANDEZ     alex@fuentes-law.com, afuentes1@msn.com
LAWRENCE J HILTON     lhilton@hewittoneil.com, pgarnica@hewittoneil.com
MONSITA LECAROZ ARRIBAS     ustpregion21.hr.ecf@usdoj.gov
JOSE L LUGO MERCADO     jlugo@rfrpsc.com
LUIS C. MARINI BIAGGI     luis.marini@oneillborges.com, docket_clerk@oneillborges.com;rebeca.rodriguez@oneillborges.com
PATRICK D. O'NEILL     pdo@go-law.com
STATE INSURANCE FUND CORPORATION     Alejandro.Suarez@cfse.gov.pr
ALEJANDRO A SUAREZ CABRERA     Alejandro.Suarez@cfse.gov.pr, aasuarezcabrera@yahoo.com
RAMON TORRES RODRIGUEZ     rtorreslaw@prtc.net, secrtlaw@torresrodlaw.com
US TRUSTEE     ustpregion21.hr.ecf@usdoj.gov
FERNANDO J VALDERRABANO     fvalderrabano@mocpr.com
LUISA S VALLE CASTRO     notices@condelaw.com
YASMIN ROCIO VAZQUEZ VAZQUEZ     quiebras@bppr.com, yavazquez@bppr.com
MYRA MITZEL VELEZ PLUMEY     myra_velez@hotmail.com, myra.velez@gmail.com