IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>BORA BORA, INC.<br><br>      Debtor | Case No. 09-03693(ESL)<br><br>Chapter 11 |

**MOTION FOR LEAVE TO APPEAR BY TELEPHONE PURSUANT TO LBR 9074**

TO THE HONORABLE ENRIQUE S. LAMOUTTE,
U.S. BANKRUPTCY JUDGE:

    COME NOW DDR del Norte, LLC, SE and Palma Real Associates LLC, SE ("DDR"), creditors and parties-in-interest herein, by their undersigned counsel, and respectfully state and pray as follows:

    1. The Court had scheduled a continuance of the confirmation hearing for **August 23, 2010 at 9:30 A.M.**

    2. Pursuant to Local Bankruptcy Rule 9074, DDR respectfully requests that attorney Sonia Colón be permitted to appear telephonically and be heard at the referred hearing.

    WHEREFORE, DDR del Norte, LLC, SE and Palma Real Associates LLC, SE respectfully requests pursuant to Local Rule 9074, leave for attorney Sonia Colón to appear telephonically at the continuance of the confirmation hearing scheduled for August 23, 2010, and for any further relief that the Court deems appropriate.

Motion for Leave to Appear Telephonically Pursuant to LBR 9074
In re Bora Bora, Inc., Case No. 09-03693(ESL)
Page 2 of 2

Respectfully submitted, in Orlando, Florida, this 11th day of June, 2010.

/s/ Sonia E. Colón
SONIA E. COLÓN
USDC No. 213809
SONIA COLÓN LAW OFFICES, P.A.
P.O. Box 621597
Orlando, Florida 32862-1597
Telephone: 407-574-8272
Facsimile: 888-537-4536
E-mail: sonia@soniacolonlaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court Using the CM/ECF system which will send notification of such filing to CM/ECF participants.

/s/ Sonia E. Colón