IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 09-03693 ESL

BORA BORA INC

Chapter 11

XXX-XX5670

FILED & ENTERED ON 08/19/2010

Debtor(s)

**ORDER**

After considering the Debtor's motion (docket #275), Quicksilver's response (docket #279), and the Debtor's reply (docket #282), the Debtor's request for an order to show cause against Quicksilver's counsel is hereby denied.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 19 day of August, 2010.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: DEBTOR(S)
    CARMEN D CONDE TORRES
    QUICKSILVER INC
    US TRUSTEE