UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

Debtor: BORA BORA INC
Case Number: 09-03693-ESL11  Chapter: 11
Date / Time / Room: 8/23/2010 9:30 AM eslcrt2
Bankruptcy Judge: ENRIQUE S. LAMOUTTE
Courtroom Clerk: SHANDA RODRIGUEZ
Reporter / ECR: LORI ANNIE RODRIGUEZ

*to include AP 09-207*
*Debtor proffers agreement w/ Quicksilver*
*Quicksilver withdraws objection*

## Matter:

CONFIRMATION HEARING
OPPOSITION FILED BY QUICKSILVER (#303) AND DEBTOR'S REPLY (#331) *withdrawn*

## Appearances:

CARMEN D CONDE TORRES, ATTORNEY FOR DEBTOR ✓  *R. Friedman*
RAMON COTO OJEDA, ATTORNEY FOR UNSECURED CREDITORS COMMITTEE *H. Garcia*
ANTONIO A ARIAS LARCADA, ATTORNEY FOR QUICKSILVER INC ✓
EDWARD GODOY, US TRUSTEE  *N. Kryjals*
                          *U. Fernandez, BPPR*
## Proceedings:       *R. Torres, Plaza Las Americas*

ORDER:

___ Movant's application to withdraw motion is hereby granted. Re: Docket No. _____

___ The motion to dismiss is hereby granted for the reasons stated in open court. The Court requests a transcript to constitute its findings and conclusions pursuant to Rule 7052 of the Federal Rules of Bankruptcy Procedure.

___ The parties are granted ___ days to file a settlement agreement.

___ The hearing is continued to: _____

X Other: *Debtor and Quicksilver to file agreement within 30 days.*
*Debtor amends plan to provide for payment of priorities within five (5) years from petition date, as per exhibit 1, attached hereto (class I)(507(a)(8) claims) - re dkt. 377*
*Effective date: 30 days after confirmation -*
*Consensual Plan, 1129(a)*

*Plan confirmed under 1129(a)*
*order to be entered.*

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge