EXHIBIT 1

BORA BORA, INC.
PAYMENTS UNDER PLAN
Petition Date: May 6, 2009
Bar Date Government: 11/3/09
Bar Date: 9/14/09
Effective date: October 1, 2010
Payment plan: October 1, 2011

| Creditor | Claim # | Class | Amount expected to be allowed | Amount to be paid | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2009 | 2010 | 2011 | Interest 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLASS 1 - ADMINISTRATIVE CLAIMS | N/A | 1 | $ 200,000 | $ 200,000 | $ 100,000 | | | | | | | $ - | | | | | $ - | $ - |
| CLASS 2 - POST PETITION SECURED - Credit Card Financing | N/A | 2 | | 10,000 | 10,000 | | | | | | | | | | | | | |
| CLASS 3 - POST PETITION SECURED - Caja Costas | N/A | 3 | | 400,000 | 56,189 | 174,866 | 168,945 | | | | | | 6,949 | 14,545 | 4,681 | | | |
| CLASS 4 - SECURED CREDITOR- CRIM | 13 | 4 | 118,656 | 118,656 | | 14,832 | 29,664 | 29,664 | 29,664 | 14,832 | | 1,928 | 3,856 | 3,856 | 3,374 | 2,410 | 1,446 | 482 |
| CLASS 5 - PRIORITY WAGES and VACATIONS In-kind | | | | | | | | | | | | | | | | | | |
| Alan M Cruz Nieves | NOC | 5 | 262 | | | | | | | | | | | | | | | |
| Alberto Gonzalez Colon | NOC | 5 | 66 | | | | | | | | | | | | | | | |
| Alberto Riera | NOC | 5 | 3,029 | | | | | | | | | | | | | | | |
| Alexander Alicea Ortega | NOC | 5 | 819 | | | | | | | | | | | | | | | |
| Antonio Quiñones Cruz | NOC | 5 | 840 | | | | | | | | | | | | | | | |
| Axel Galan saez | NOC | 5 | 66 | | | | | | | | | | | | | | | |
| Carlos J Carrasquillo | NOC | 5 | 255 | | | | | | | | | | | | | | | |
| Carmen Ortiz Martinez | NOC | 5 | 66 | | | | | | | | | | | | | | | |
| Daphne D Lebron Castro | NOC | 5 | 328 | | | | | | | | | | | | | | | |
| Edwin R Quintana Torres | NOC | 5 | 66 | | | | | | | | | | | | | | | |
| Elizabeth Rodriguez Velez | NOC | 5 | 66 | | | | | | | | | | | | | | | |
| Emily M Gonell Bourdon | NOC | 5 | 1,275 | | | | | | | | | | | | | | | |
| Hector G Gonzalez Reyes | NOC | 5 | 66 | | | | | | | | | | | | | | | |
| Hector L Reyes | NOC | 5 | 280 | | | | | | | | | | | | | | | |
| Heln Y Garcia Bette | NOC | 5 | 197 | | | | | | | | | | | | | | | |
| Hery E Vallellanes | NOC | 5 | 560 | | | | | | | | | | | | | | | |
| Iriabel Perez Olmo | NOC | 5 | 131 | | | | | | | | | | | | | | | |
| Iris L Santiago Pagan | NOC | 5 | 1,360 | | | | | | | | | | | | | | | |
| Isabelise Soto Barreto | NOC | 5 | 66 | | | | | | | | | | | | | | | |
| Ismael Santiago | NOC | 5 | 1,000 | | | | | | | | | | | | | | | |
| Jan C Guzman Rivera | NOC | 5 | 66 | | | | | | | | | | | | | | | |
| Janira Fuentes Rivera | NOC | 5 | 600 | | | | | | | | | | | | | | | |
| Jansen Bernard Roig | NOC | 5 | 560 | | | | | | | | | | | | | | | |
| Jean C Claudio | NOC | 5 | 66 | | | | | | | | | | | | | | | |
| Jean P Sordo Garcia | NOC | 5 | 328 | | | | | | | | | | | | | | | |
| Joannie Castro Aviles | NOC | 5 | 66 | | | | | | | | | | | | | | | |
| Jose Carrion | NOC | 5 | 459 | | | | | | | | | | | | | | | |
| Jose R Diaz Alicea | NOC | 5 | 1,440 | | | | | | | | | | | | | | | |
| Juan G Torres Ortiz | NOC | 5 | 66 | | | | | | | | | | | | | | | |
| Kenneth Rivera Crespo | NOC | 5 | 66 | | | | | | | | | | | | | | | |
| Kiyomi De Leon | NOC | 5 | 197 | | | | | | | | | | | | | | | |
| Lauro A Carrion | NOC | 5 | 1,232 | | | | | | | | | | | | | | | |
| Luis E Santori | NOC | 5 | 6,462 | | | | | | | | | | | | | | | |
| Luisa Ortiz Reyes | NOC | 5 | 459 | | | | | | | | | | | | | | | |
| Luz J Pagan Negron | NOC | 5 | 907 | | | | | | | | | | | | | | | |
| Lymarie Valle Marin | NOC | 5 | 66 | | | | | | | | | | | | | | | |
| Lyz Y Robon | NOC | 5 | 2,362 | | | | | | | | | | | | | | | |
| Maribel Acosta | NOC | 5 | 1,240 | | | | | | | | | | | | | | | |
| Mayra L Trinidad | NOC | 5 | 1,938 | | | | | | | | | | | | | | | |
| Mildred M Candelario | NOC | 5 | 66 | | | | | | | | | | | | | | | |
| Monica Arocho | NOC | 5 | 688 | | | | | | | | | | | | | | | |
| Nahidee Castro Soto | NOC | 5 | 115 | | | | | | | | | | | | | | | |
| Nicolmari Rivera Ramirez | NOC | 5 | 66 | | | | | | | | | | | | | | | |

EXHIBIT 1

**BORA BORA, INC.**
PAYMENTS UNDER PLAN
Petition Date: May 6, 2009
Bar Date Government: 11/3/09
Bar Date: 9/14/09
Effective date: October 1, 2010
Payment plan: October 1, 2011

| Creditor | Claim # | Class | Amount expected to be allowed | Amount to be paid | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | Interest 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nilda G Lopez | NOC | 5 | 2,605 | | | | | | | | | | | | | | | |
| Pedro E Rodriguez | NOC | 5 | 682 | | | | | | | | | | | | | | | |
| Shirley A Figueroa | NOC | 5 | 782 | | | | | | | | | | | | | | | |
| Victor Marquez | NOC | 5 | 2,433 | | | | | | | | | | | | | | | |
| Waldie Morales | NOC | 5 | 1,515 | | | | | | | | | | | | | | | |
| Xavier J Marrero | NOC | 5 | 1,905 | | | | | | | | | | | | | | | |
| Yaritza Crispin Diaz | NOC | 5 | 480 | | | | | | | | | | | | | | | |
| **Total Class 5** | | | **40,762** | | | | | | | | | | | | | | | |
| CLASS 6 - CRITICAL VENDOR - VOLCOM | 27 | 6 | 145,873 | 145,873 | 58,344 | 58,344 | 4,875 | | | | | | | | | | | |
| CLASS 7 - GENERAL UNSECURED CREDITORS-Convenience | | | | | | | | | | | | | | | | | | |
| All Illumination | NOC | 7 | 3,302 | 330 | 330 | | | | | | | | | | | | | |
| Allied Outdoor | NOC | 7 | 2,352 | 235 | 235 | | | | | | | | | | | | | |
| Allyance | 4 | 7 | 2,253 | 225 | 225 | | | | | | | | | | | | | |
| Ambiguous Industries - see Rays Group | 40 | 7 | - | - | | | | | | | | | | | | | | |
| American Fire Protection | NOC | 7 | 149 | 15 | 15 | | | | | | | | | | | | | |
| Armando James | 34 | 7 | 4,840 | 484 | 484 | | | | | | | | | | | | | |
| August Hat Company | 5 | 7 | 1,550 | 155 | 155 | | | | | | | | | | | | | |
| Autoridad Acueductos y Alcantarillados (AAA) | NOC | 7 | 39 | 4 | 4 | | | | | | | | | | | | | |
| Autoridad Energia Electrica | NOC | 7 | 1,329 | 133 | 133 | | | | | | | | | | | | | |
| Cafeterama | NOC | 7 | 59 | 6 | 6 | | | | | | | | | | | | | |
| Celebrate | NOC | 7 | 42 | 4 | 4 | | | | | | | | | | | | | |
| Cerveceria India | NOC | 7 | 2,500 | 250 | 250 | | | | | | | | | | | | | |
| Computer Accessories | NOC | 7 | 525 | 53 | 53 | | | | | | | | | | | | | |
| Cona Investment-Lender | NOC | 7 | 2,671 | 267 | 267 | | | | | | | | | | | | | |
| CRIM | 13 | 7 | - | - | | | | | | | | | | | | | | |
| CRIM (Hormigueros) | 7 | 7 | 2,763 | 276 | 276 | | | | | | | | | | | | | |
| Factor 54 | NOC | 7 | 32 | 3 | 3 | | | | | | | | | | | | | |
| FAO- Rent  Related Party | NOC | 7 | - | - | | | | | | | | | | | | | | |
| Goldman Antonetti & Cordova, PSC | 25 | 7 | 508 | 51 | 51 | | | | | | | | | | | | | |
| Henrvill Group | 14 | 7 | 645 | 65 | 65 | | | | | | | | | | | | | |
| La Montaña | 23 | 7 | 405 | 40 | 40 | | | | | | | | | | | | | |
| Loomis | NOC | 7 | 1,500 | 150 | 150 | | | | | | | | | | | | | |
| Lost International | NOC | 7 | 3,650 | 365 | 365 | | | | | | | | | | | | | |
| Lost Surfboards | NOC | 7 | 4,956 | 496 | 496 | | | | | | | | | | | | | |
| Mayaguez Mall Merchant | NOC | 7 | 1,035 | 104 | 104 | | | | | | | | | | | | | |
| Multi Business System | NOC | 7 | 1,481 | 148 | 148 | | | | | | | | | | | | | |
| Municipio de Caguas- sales tax (penalties) | 42 | 7 | 1,391 | 139 | 139 | | | | | | | | | | | | | |
| Municipio de Carolina- municipal tax | NOC | 7 | 4,409 | 441 | 441 | | | | | | | | | | | | | |
| Municipio de Mayaguez- municipal tax | NOC | 7 | 4,965 | 496 | 496 | | | | | | | | | | | | | |
| Municipio de Ponce- municipal tax | NOC | 7 | 2,914 | 291 | 291 | | | | | | | | | | | | | |
| National Life Insurance | 11 | 7 | 3,305 | 331 | 331 | | | | | | | | | | | | | |
| Oneill, Inc | 39 | 7 | 1,338 | 134 | 134 | | | | | | | | | | | | | |
| Plaza Del Caribe | 15 | 7 | 42 | 4 | 4 | | | | | | | | | | | | | |
| Popular Auto (Popular Leasing) | NOC | 7 | 800 | 80 | 80 | | | | | | | | | | | | | |
| Radames Carrion | NOC | 7 | 1,826 | 183 | 183 | | | | | | | | | | | | | |
| Sensomatic | NOC | 7 | 762 | 76 | 76 | | | | | | | | | | | | | |
| Shovelle | NOC | 7 | 1,469 | 147 | 147 | | | | | | | | | | | | | |
| Skull Candy | NOC | 7 | 87 | 9 | 9 | | | | | | | | | | | | | |
| TC Fire Equipment | NOC | 7 | 222 | 22 | 22 | | | | | | | | | | | | | |
| Tischer and Co | NOC | 7 | | | | | | | | | | | | | | | | | |

EXHIBIT 1

BORA BORA, INC.
PAYMENTS UNDER PLAN
Petition Date: May 6, 2009
Bar Date Government: 11/2/09
Bar Date: 9/14/09
Effective date: October 1, 2010
Payment plan: October 1, 2011

| Creditor | Claim # | Class | Amount expected to be allowed | Amount to be paid | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | Interest 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Truth Industries | NOC | 7 | 4,118 | 412 | 412 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Class 7 | | | 66,233 | 6,623 | 6,623 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| **CLASS 8 - GENERAL UNSECURED CREDITORS** | | | | | | | | | | | | | | | | | | |
| 3 Point Distribution | 16, 24 | 8 | 70,094 | 10,514 | - | 487 | 1,168 | 1,460 | 1,752 | 1,752 | 3,894 | | | | | | | |
| Bubble Plastic | NOC | 8 | 6,115 | 917 | - | 51 | 102 | 127 | 153 | 153 | 331 | | | | | | | |
| Cona Investment-Rent | NOC | 8 | 5,326 | 799 | - | 44 | 89 | 111 | 133 | 133 | 289 | | | | | | | |
| CRIM | 13 | 8 | 3,516,523 | 527,478 | - | 29,304 | 58,609 | 73,261 | 87,913 | 87,913 | 190,478 | | | | | | | |
| DDR Del Norte LLC SE | 43 | 8 | 104,437 | 15,666 | - | 870 | 1,741 | 2,176 | 2,611 | 2,611 | 5,657 | | | | | | | |
| Dragon Optical | NOC | 8 | 6,795 | 1,019 | - | 57 | 113 | 142 | 170 | 170 | 368 | | | | | | | |
| Dysfunctional Clothing/Lost | NOC | 8 | 88,170 | 13,225 | - | 735 | 1,469 | 1,837 | 2,204 | 2,204 | 4,776 | | | | | | | |
| Electrical Visual | 26 | 8 | 9,329 | 1,399 | - | 78 | 155 | 194 | 233 | 233 | 505 | | | | | | | |
| Empresas Puertoriqueñas de Desarrollo, Inc. | 1 | 8 | 66,507 | 9,976 | - | 554 | 1,108 | 1,386 | 1,663 | 1,663 | 3,602 | | | | | | | |
| FAQ, SE- Le Related Party | NOC | 8 | 1,219,737 | - | - | - | - | - | - | - | - | | | | | | | |
| Fedex | NOC | 8 | 11,762 | 1,764 | - | 98 | 196 | 245 | 294 | 294 | 637 | | | | | | | |
| Four Star Distribution/circa | 3 | 8 | 5,935 | 890 | - | 49 | 99 | 124 | 148 | 148 | 321 | | | | | | | |
| Globe Shoes (Dwindle) | 29 | 8 | 11,243 | 1,687 | - | 94 | 187 | 234 | 281 | 281 | 609 | | | | | | | |
| Greensky Trade Credit | 28 | 8 | 29,829 | 4,474 | - | 249 | 497 | 621 | 746 | 746 | 1,616 | | | | | | | |
| Hurley International | 19 | 8 | 154,537 | 23,181 | - | 1,288 | 2,576 | 3,220 | 3,863 | 3,863 | 8,371 | | | | | | | |
| IRS | 17 | 8 | 12,297 | 1,845 | - | 102 | 205 | 256 | 307 | 307 | 666 | | | | | | | |
| Jean Design | NOC | 8 | 6,528 | 979 | - | 54 | 109 | 136 | 163 | 163 | 354 | | | | | | | |
| La Jolla Sport/oneill | 12 | 8 | 133,185 | 19,978 | - | 1,110 | 2,220 | 2,775 | 3,330 | 3,330 | 7,214 | | | | | | | |
| Magic Transport | NOC | 8 | 8,854 | 1,328 | - | 74 | 148 | 184 | 221 | 221 | 480 | | | | | | | |
| Municipio de Bayamon | NOC | 8 | 9,583 | 1,437 | - | 80 | 160 | 200 | 240 | 240 | 519 | | | | | | | |
| Municipio de Caguas- municipal tax | 42 | 8 | 6,848 | 1,027 | - | 57 | 114 | 143 | 171 | 171 | 371 | | | | | | | |
| Municipio de Hatillo- municipal tax | 35 | 8 | 7,715 | 1,157 | - | 64 | 129 | 161 | 193 | 193 | 418 | | | | | | | |
| Municipio de San Juan- sales tax | 10 | 8 | 11,218 | 1,683 | - | 93 | 187 | 234 | 280 | 280 | 608 | | | | | | | |
| Oakley, Inc. | NOC | 8 | 48,558 | 7,284 | - | 405 | 809 | 1,012 | 1,214 | 1,214 | 2,630 | | | | | | | |
| Paramount Bags | NOC | 8 | 5,287 | 793 | - | 44 | 88 | 110 | 132 | 132 | 286 | | | | | | | |
| Plaza Carolina Mall | 37 | 8 | 54,447 | 8,167 | - | 454 | 907 | 1,134 | 1,361 | 1,361 | 2,949 | | | | | | | |
| Podium Distribution/DVS | NOC | 8 | 12,123 | 1,818 | - | 101 | 202 | 253 | 303 | 303 | 657 | | | | | | | |
| Puerto Rico Barceloneta LLC | NOC | 8 | 19,339 | 2,901 | - | 161 | 322 | 403 | 483 | 483 | 1,048 | | | | | | | |
| Puerto Rico Department of Labor - unemployment (non withholding) | 9 | 8 | 145,352 | 21,803 | - | 1,211 | 2,423 | 3,028 | 3,634 | 3,634 | 7,873 | | | | | | | |

EXHIBIT 1

**BORA BORA, INC.**
PAYMENTS UNDER PLAN
Petition Date: May 6, 2009
Bar Date Government: 11/3/09
Bar Date: 9/14/09
Effective date: October 1, 2010
Payment plan: October 1, 2011

| Creditor | Claim # | Class | Amount expected to be allowed | Amount to be paid | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | Interest 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Quantum Optics | NOC | 8 | 5,520 | 828 | - | 46 | 92 | 115 | 138 | 138 | 299 | - | - | - | - | - | - | - |
| QS Wholesale, Inc./Quiksilver- Vendor | 41 | 8 | 2,225,883 | 333,882 | - | 18,549 | 37,098 | 37,098 | 37,098 | 37,098 | 166,941 | - | - | - | - | - | - | - |
| Quiksilver/DC Shoes, Inc. | NOC | 8 | 21,364 | 3,205 | - | 178 | 356 | 356 | 356 | 356 | 1,602 | - | - | - | - | - | - | - |
| Rip Curl | NOC | 8 | 157,816 | 23,672 | - | 1,315 | 2,630 | 3,288 | 3,945 | 3,945 | 8,548 | - | - | - | - | - | - | - |
| Rusty North America | NOC | 8 | 42,285 | 6,343 | - | 352 | 705 | 881 | 1,057 | 1,057 | 2,290 | - | - | - | - | - | - | - |
| RVCA | 6 | 8 | 5,587 | 838 | - | 47 | 93 | 116 | 140 | 140 | 303 | - | - | - | - | - | - | - |
| SGS Sports | NOC | 8 | 42,805 | 6,421 | - | 357 | 713 | 892 | 1,070 | 1,070 | 2,319 | - | - | - | - | - | - | - |
| SPS Commerce | NOC | 8 | 9,804 | 1,471 | - | 82 | 163 | 204 | 245 | 245 | 531 | - | - | - | - | - | - | - |
| Spy Optic | NOC | 8 | 18,199 | 2,730 | - | 152 | 303 | 379 | 455 | 455 | 986 | - | - | - | - | - | - | - |
| State Insurance Fund Corporation | 30 | 8 | 7,238 | 1,086 | - | 60 | 121 | 151 | 181 | 181 | 392 | - | - | - | - | - | - | - |
| Stevens Global Logistics | 2 | 8 | 38,362 | 5,754 | - | 320 | 639 | 799 | 959 | 959 | 2,078 | - | - | - | - | - | - | - |
| The Rays Group | 40 | 8 | 67,197 | 10,080 | - | 560 | 1,120 | 1,400 | 1,680 | 1,680 | 3,640 | - | - | - | - | - | - | - |
| Toms Shoes | NOC | 8 | 8,010 | 1,202 | - | 67 | 134 | 167 | 200 | 200 | 434 | - | - | - | - | - | - | - |
| Veintinueve de Febrero | 22 | 8 | 259,200 | 38,880 | - | 2,160 | 4,320 | 5,400 | 6,480 | 6,480 | 14,040 | - | - | - | - | - | - | - |
| VF Corp./Reef | 32 | 8 | 36,469 | 5,470 | - | 304 | 608 | 760 | 912 | 912 | 1,975 | - | - | - | - | - | - | - |
| VF Corp./Vans | 33 | 8 | 25,334 | 3,800 | - | 211 | 422 | 528 | 633 | 633 | 1,372 | - | - | - | - | - | - | - |
| Vornado Montehiedra Acquisitions LP | 21 | 8 | 79,610 | 11,942 | - | 663 | 1,327 | 1,659 | 1,990 | 1,990 | 4,312 | - | - | - | - | - | - | - |
| WESTERNBANK TERM LOAN/Caia Costa/Tabonuco (A) | 31 | 8 | 3,140,958 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Zol Eyewear | 36 | 8 | 42,671 | 6,401 | - | 356 | 711 | 889 | 1,067 | 1,067 | 2,311 | - | - | - | - | - | - | - |
| **Total Class 8** | | | 12,021,983 | 1,149,193 | - | 63,747 | 127,588 | 159,247 | 172,805 | 172,805 | 461,901 | - | - | - | - | - | - | - |
| **CLASS 9 EQUITY INTEREST** | | | | | | | | | | | | | | | | | | |
| Diana M. Umpierre | 18 | 9 | - | - | | | | | | | | | | | | | | |
| Oscar Juelle | NOC | 9 | 254,492 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Class 9** | | | 254,492 | - | | | | | | | | | | | | | | |
| **TOTAL CLASSES** | | | $ 12,729,343 | $ 1,511,689 | $ 231,156 | $ 311,789 | $ 331,172 | $ 179,811 | $ 202,469 | $ 187,637 | $ 461,901 | $ 1,928 | $ 10,805 | $ 18,402 | $ 8,056 | $ 2,410 | $ 1,446 | |
| **PRIORITY - WITHHOLDING** | | | | | | | | | | | | | | | | | | |
| Department of Treasury- employees withholding | NOC | OP | 68,514 | 68,514 | - | 11,419 | 22,838 | 22,838 | 11,419 | - | - | | | | | | | |
| Department of Treasury- IVU | NOC | OP | 653,934 | 653,934 | - | 108,989 | 217,978 | 217,978 | 108,989 | - | - | | | | | | | |
| Department of Treasury- withholding 7% | NOC | OP | 34,642 | 34,642 | - | 5,774 | 11,547 | 11,547 | 5,774 | - | - | | | | | | | |
| IRS | 17 | OP | 59,742 | 47,251 | - | 9,957 | 15,750 | 15,750 | 7,875 | - | - | | | | | | | |
| Municipio de Caguas- sales tax | 42 | OP | 14,393 | 14,393 | - | 2,399 | 4,798 | 4,798 | 2,399 | - | - | | | | | | | |
| Municipio de Hormigueros- sales tax | NOC | OP | 744 | 744 | - | 124 | 248 | 248 | 124 | - | - | | | | | | | |
| Municipio de Mayaguez- sales tax | NOC | OP | 2,338 | 2,338 | - | 390 | 779 | 779 | 390 | - | - | | | | | | | |
| Municipio de Ponce- sales tax | NOC | OP | 8,170 | 8,170 | - | 1,362 | 2,723 | 2,723 | 1,362 | - | - | | | | | | | |
| Municipio de San Juan- sales tax | 10 | OP | 56,212 | 56,212 | - | 9,369 | 18,737 | 18,737 | 9,369 | - | - | | | | | | | |
| Municipio de San Juan- patent municipal tax | 8 | OP | 28,438 | 28,438 | - | 4,740 | 9,479 | 9,479 | 4,740 | - | - | | | | | | | |
| Seguro Choferil (withholding) | NOC | OP | 33 | 33 | - | 5 | 11 | 11 | 5 | - | - | | | | | | | |
| **Total Priority Withholding** | | | 927,159 | 914,668 | - | 154,526 | 304,889 | 304,889 | 304,889 | - | - | | | | | | | |
| **EXECUTORY CONTRACTS** | | | | | | | | | | | | | | | | | | |
| Plaza | 44 | Executory | 115,533 | 115,533 | 77,615 | 21,918 | - | - | - | - | - | | | | | | | |
| Vornado Caguas | 38 | Executory | 216,492 | 216,492 | 182,787 | - | - | - | - | - | - | | | | | | | |
| | 20 | Executory | 108,822 | 108,822 | 43,529 | 43,529 | 10,882 | 10,882 | - | - | - | | | | | | | |
| **Total Executory Contracts** | | | $ 440,847 | $ 440,847 | $ 303,931 | $ 65,447 | $ 10,882 | $ 10,882 | - | - | - | | | | | | | |

Note (A): Westembank will transfer claim to Caia Costa & Tabonuco due to they assumption of pre-petition debt. Oscar Juelle as president of Caia Costa and Tabonuco will contribute scheduled payments under the plan to Caia Costa & Tabonuco as new value.

EXHIBIT 1

BORA BORA, INC.
(DEBTOR IN POSSESSION)
FORECASTED STATEMENTS OF CASH FLOWS
FOR THE YEARS ENDING DECEMBER 31, 2010 THROUGH 2015

|  | Actual as of 4/30/10 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---:|---:|---:|---:|---:|---:|---:|
| Beginning Cash Balance | $ 151,930 | $ 10,543 | $ 159,029 | $ 94,178 | $ 37,036 | $ 186,816 | $ 355,732 |
| Cash inflows: | | | | | | | |
| Collections | 1,245,273 | 3,708,727 | 5,201,700 | 5,461,785 | 5,625,638 | 5,794,407 | 5,968,240 |
| Other proceeds | | 480,000 | - | - | - | - | - |
| Total Funds Available | 1,245,273 | 4,188,727 | 5,201,700 | 5,461,785 | 5,625,638 | 5,794,407 | 5,968,240 |
|  | 1,397,203 | 4,199,270 | 5,360,729 | 5,555,962 | 5,662,674 | 5,981,223 | 6,323,971 |
| Cash outflows: | | | | | | | |
| Cost of Good Sold | 499,880 | 2,036,748 | 2,600,850 | 2,730,892 | 2,812,819 | 2,897,204 | 2,984,120 |
| Store Expenses (excluding depreciation) | 652,009 | 1,205,629 | 1,662,884 | 1,671,198 | 1,704,622 | 1,738,714 | 1,773,489 |
| General and Administrative Expenses | 230,047 | 194,099 | 439,678 | 448,472 | 457,441 | 466,590 | 475,922 |
| Leasehold improvements new location | | 50,000 | - | - | - | - | - |
| Other | 4,724 | 7,873 | 12,975 | 13,365 | 13,766 | 14,179 | 14,604 |
| Total Operating Expenses | 1,386,660 | 3,494,349 | 4,716,387 | 4,863,927 | 4,988,648 | 5,116,687 | 5,248,135 |
| Cash flows from operations | (141,387) | 694,377 | 485,312 | 597,858 | 636,990 | 677,720 | 720,105 |

| Payments to Creditors: (As per Exhibit 3) | Actual @ 4/30/10 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---:|---:|---:|---:|---:|---:|---:|
| CLASS 1 - Administrative Claims | - | 100,000 | - | - | - | - | - |
| CLASS 2- Post Petition Secured- Credit Card Financing | - | 10,000 | - | - | - | - | - |
| CLASS 3 - Post petition Secured Cala Costas- principal | - | 56,189 | 174,866 | 168,945 | - | - | - |
| CLASS 3 - Post petition Secured Cala Costas- interest | - | 6,949 | 14,545 | 4,681 | - | - | - |
| CLASS 4 -CRIM secured | - | - | 14,832 | 29,664 | 29,664 | 29,664 | 14,832 |
| CLASS 4 -CRIM secured- interest | - | 3,856 | 3,856 | 3,374 | 2,410 | 1,446 | 482 |
| CLASS 5 - Priority Wages and Vacations | - | 58,344 | - | - | - | - | - |
| CLASS 6 - Critical Vendor- Volcom | - | 58,344 | 58,344 | 4,875 | - | - | - |
| CLASS 7 - General Unsecured- Convenience | - | 6,623 | - | - | - | - | - |
| CLASS 8 - General Unsecured | - | - | 63,747 | 127,688 | 150,247 | 172,805 | 172,805 |
| Other priorities | - | - | 154,526 | 304,889 | 304,889 | 304,889 | - |
| Executory Contracts: | | | | | | | |
| Plaza Las Américas | - | 182,787 | - | - | - | - | - |
| DDR del Sol | - | 77,615 | 21,918 | - | - | - | - |
| Vornado Caguas | - | 43,529 | 43,529 | 10,882 | - | - | - |
| Total payments to creditors | - | 545,892 | 550,164 | 654,999 | 487,210 | 508,805 | 188,119 |
| Total Disbursements | 1,386,660 | 4,040,241 | 5,266,551 | 5,518,926 | 5,475,858 | 5,625,492 | 5,436,254 |
| Ending cash balance | $ 10,543 | $ 159,029 | $ 94,178 | $ 37,036 | $ 186,816 | $ 355,732 | $ 887,717 |