IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

BORA BORA INC

XXX-XX5670

Debtor(s)

CASE NO. 09-03693 ESL

Chapter 11

FILED & ENTERED ON 08/23/2010

### ORDER CONFIRMING PLAN

The Plan of Reorganization under Chapter 11 of the Bankruptcy Code filed by debtor on 02/05/2010 (docket #252), having been transmitted to creditors and equity security holders; and

It having been determined after hearing on notice that the requirements for confirmation set forth in 11 U.S.C. Section 1129(a) have been satisfied;

IT IS ORDERED THAT:

The plan filed by debtor dated 02/05/2010 (docket #252) is hereby confirmed.

The debtor shall give notice of this order and the confirmed plan to all parties in interest.

San Juan, Puerto Rico, this 23 day of August, 2010.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: DEBTOR(S)
    CARMEN D CONDE TORRES
    UST